1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| DARLENE BRAZIL, | Case No. CV 06-5708-SJO (JWJ) |
| Petitioner, | JUDGMENT |
| vs. | |
| DAWN DAVISON, Warden, | |
| Respondent. | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that Judgment be entered dismissing the instant Petition for Writ of Habeas Corpus with prejudice.

DATED: ___7/25/07___

_____
S. JAMES OTERO
United States District Judge